# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**STEARNS POOR and**
**PHILLIP RODER,**

      Plaintiffs,

vs.                                          Case No. 8:21-CV-00317-CEH-TGW

**TAMPA SPORTS AUTHORITY,**

      Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Defendant, TAMPA SPORTS AUTHORITY, and Plaintiffs, STEARNS POOR and PHILLIP RODER, file this Notice of Settlement of the above-captioned cause. The Parties have reached a resolution in this case and are in the process of finalizing the Joint Motion to Approve Settlement and anticipate filing the same with the Court within the next thirty (30) days.

Dated this 7th day of February, 2022.

                                        Respectfully submitted,

| | |
|---|---|
| **/s/ Christopher J. Saba** | **s/ Benjamin W. Bard** |
| CHRISTOPHER J. SABA | BENJAMIN W. BARD |
| Florida Bar Number: 0092016 | *Lead Counsel* |
| WENZEL FENTON CABASSA, P.A. | Florida Bar No. 95514 |
| 1110 North Florida Avenue, Suite 300 | benjamin.bard@gray-robinson.com |
| Tampa, Florida 33602 | JULIA C. MANDELL |
| Main Number: 813-224-0431 | Florida Bar No. 81442 |
| Direct Dial: 813-321-4086 | julia.mandell@gray-robinson.com |
| Facsimile: 813-229-8712 | KEVIN M. SULLIVAN |

| | |
|---|---|
| Email: csaba@wfclaw.com<br>Email: tsoriano@wfclaw.com<br>Attorneys for Plaintiffs | Florida Bar No. 1003812<br>kevin.sullivan@gray-robinson.com<br>GRAYROBINSON, P.A.<br>401 East Jackson Street, Suite 2700<br>Post Office Box 3324 (33601-3324)<br>Tampa, Florida, 33602<br>Tel:  (813) 273-5000<br>Fax:  (813) 273-5145<br>Attorneys for Defendant |